IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD BADWAY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA | : | NO. 07-1333 |

**O R D E R**

**AND NOW**, this 19th day of August, 2009, upon consideration of Plaintiff's Motion for Summary Judgment (Docket No. 23) and all documents filed with respect thereto, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova

_____
John R. Padova, J.