IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD BADWAY | : | CIVIL ACTION |
| v. | : | |
| CITY OF PHILADELPHIA | : | NO. 07-1333 |

O R D E R

**AND NOW**, this 15th day of March, 2010, upon consideration of Defendant's Motion for Summary Judgment (Docket No. 46) and all documents filed with respect thereto, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. **JUDGMENT** is entered in favor of Defendant and against Plaintiff.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.